NOTE:  This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**THOMAS M. ROYSTON,**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2012-3095

---

Petition for review of the Merit Systems Protection Board in case no. DC315H110613-I-1.

---

## ON MOTION

---

## ORDER

Having received no objection to this court's order dated September 5, 2012,

IT IS ORDERED THAT:

(1) This petition for review is dismissed.

(2) Each side shall bear its own costs.

(3) Any pending motions are moot.

THOMAS ROYSTON v. MSPB　　　　　　　　　　　　　　　　2

FOR THE COURT

OCT 0 2 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Thomas M. Royston
　　Nicole DeCrescenzo, Esq.

s21

Issued As A Mandate: ____OCT 0 2 2012____